UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>CLAYTON HARKER,<br><br>　　　　　　　　Defendant. | Case No. MJ22-594<br><br>**DETENTION ORDER** |

The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

(1)　Defendant has been charged by complaint with attempted enticement of a minor and attempted production of child pornography. The Court received information about defendant's personal history, residence, family or community ties, employment history, financial status, health, and substance use. The Court has concerns for the defendant's mental health and would want a release plan to be verified. The defendant through his attorney made no argument

DETENTION ORDER - 1

as to release, lodged no objections to the contents of the United States Probation and Pretrial report, and stipulated to detention. The defendant through his attorney moved to reopen detention at a later date should a release plan be put together. The government did not object to this motion.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant is granted leave to file a motion to reopen should a release plan be presented and verified with pre-trial services. This motion may be before any Magistrate Judge of the Western District.

(3) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(4) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(5) The Clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 5th day of January, 2023.

PAULA L. MCCANDLIS
United States Magistrate Judge

DETENTION ORDER - 2